UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06cr590-MLH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OROZCO, | ) | **ORDER MODIFYING BOND CONDITIONS** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Good cause having been shown, IT IS HEREBY ORDERED that the stipulation accompanying this Order is accepted, and that pretrial conditions of release are modified to permit Mr. Orozco to travel to Nevada for one forty-eight hour period for business.  Mr. Orozco shall contact his pretrial services officer immediately before and after this trip.  All other bail conditions shall remain in effect.

**SO ORDERED.**

DATED:  November 15, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

06cr0590

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06cr0590